July 12, 2004

Mr. Alan Jacob Bojorquez
Bovey Akers, & Bojorquez, LLP
12325 Hymeadow Dr., Suite 3-200
Austin, TX 78750

Honorable James Barden
Medina County Judge
1100 16th Street
Hondo, TX 78861
Mr. Ralph J. Bernsen
Medina County Attorney
1100 16th Street, Room 301
Hondo, TX 78861

RE: Case Number: 04-0619
 Court of Appeals Number: 04-04-00487-CV
 Trial Court Number:

Style: IN RE DR. ROBERT FITZGERALD, MD

Dear Counsel:

 Today the Supreme Court of Texas dismissed as moot the emergency
motion for relief in the above-referenced case and issued the enclosed per
curiam opinion.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. M. Eva Soto |
| |Mr. Dan |
| |Crutchfield |